IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CORY A. CORMANY,** | : | CIVIL ACTION NO. 1:07-CV-0688 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **PATRICK F. LAUER,** | : | |
| Defendant | : | |

### ORDER

AND NOW, this 14th day of May, 2007, upon consideration of *pro se* plaintiff's motion to proceed *in forma pauperis* (Doc. 6), and the complaint (Doc. 1), and it appearing that plaintiff is unable to pay the filing fee in the above-captioned case, see 28 U.S.C. § 1915 ("[A]ny court of the United States may authorize the commencement, prosecution, or defense of any suit . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets . . . that the person is unable to pay such fees or give security therefor."), but that the complaint fails to state a claim against defendant Patrick F. Lauer (see Doc. 1),[1] see 28 U.S.C. § 1915(e) ("[T]he court shall dismiss the case at

---

[1] Plaintiff alleges no conduct by defendant Patrick F. Lauer.  Indeed, defendant is referenced only three times in the complaint:  (1) "Mr. Patrick F. Lauer is an adult individual residing in the Cumberland County Community, Pennsylvania," (2) "The defendant is Patrick F. Lauer, an Honorable Commonwealth Attorney of Pennsylvania[,] and practices in Cumberland County, Pennsylvania," and (3) "Plaintiff . . . claims from the Defendant . . . an amount of Five Hundred Thousand and 00 Dollars."  (Doc. 1.)

any time if the court determines that . . . the action . . . fails to state a claim . . . ."), it is hereby ORDERED that:

1. The motion to proceed *in forma pauperis* (Doc. 6) is GRANTED.

2. The complaint (Doc. 1) is DISMISSED without prejudice. See 28 U.S.C. § 1915(e).

3. Plaintiff shall be permitted to file an amended complaint, on or before June 8, 2007, in conformity with the requirements of the Federal Rules of Civil Procedure. See, e.g., FED. R. CIV. P. 8(a), (e), 10(b). Failure to comply with this paragraph will result in the closing of this case.

4. The Clerk of Court shall return the complaint and accompanying exhibits to *pro se* plaintiff, via regular mail.

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge