# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CORY A. CORMANY,** | : | CIVIL ACTION NO. 1:07-CV-0688 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **PATRICK F. LAUER,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 19th day of June, 2007, upon consideration of the order of court dated May 14, 2007 (Doc. 7), dismissing the complaint, directing *pro se* plaintiff to file an amended complaint by June 8, 2007, and warning that failure to do so would result in the closing of the above-captioned action, and it appearing that plaintiff has not filed an amended complaint as of the date of this order, it is hereby ORDERED that:

1. The Clerk of Court is directed to CLOSE this case.

2. Any appeal from this order or the order of court dated May 14, 2007 (Doc. 7) is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge